IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Carlos Munguia Torres,<br><br>        Defendant. | No. CR-18-00166-001-WHR<br><br>**WAIVER AND ORDER**<br><br>Modification of Supervised Release Conditions |

I recognize that I have a statutory right under Rule 32.1, Federal Rules of Criminal Procedure, to assistance of counsel (appointed or retained) and a modification hearing in connection with:

    ☐        any modification of my conditions of probation. 18 U.S.C. §3563(c).

    ☒        any modification of my conditions of supervised release. 18 U.S.C. §3583(e).

I hereby voluntarily waive my right to retained and appointed counsel and statutory right to a hearing as indicated above, and agree to the following modification of my conditions:

    6. You must submit your person, property, house, residence, vehicle, papers, or office to a search conducted by a probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.

_____  ____2/5/20____
Carlos Munguia Torres          Date
Defendant


_____  ____2·5·20____
Shannon Miesner Soldati        Date
Case Manager

ORDER OF COURT

Considered and ordered this 14th day of March, 2020 and ordered filed and made a part of the records in the above case.

_____
The Honorable Walter H. Rice
United States District Court Judge